```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:09cr155-MHT
UBLESTER CARDENAS-PORTILLO  )          (WO)
```

OPINION AND ORDER

This cause is before the court on defendant Ublester Cardenas-Portillo's motion to continue. For the reasons set forth below, the court finds that jury selection and trial, currently set for November 30, 2009, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy

> days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Cardenas-Portillo in a speedy

trial.  Cardenas-Portillo contends that, during the recent plea hearing held on November 19, 2009, he decided not to accept the plea agreement and instead maintained a plea of not guilty.  Cardenas-Portillo and his counsel met with an interpreter on November 23 in another attempt to resolve the case by way of plea agreement.  At that time, Cardenas-Portillo made it clear to his counsel that he wished to proceed to trial.  Cardenas-Portillo's counsel represents that a continuance is necessary to enable him to prepare for trial properly in light of the upcoming Thanksgiving Holiday, counsel's recent difficulty in meeting with Cardenas-Portillo's interpreter, and due to the fact that Cardenas-Portillo unexpectedly refused to enter a plea of guilty two weeks before jury selection was scheduled to begin.  Cardenas-Portillo's motion is unopposed by the government.

A defense attorney is expected to be prepared to proceed with trial in all cases, even if the defendant fails to follow through on a proposed guilty plea.

3

Nevertheless, the court finds a continuance is necessary here to serve the ends of justice because of the difficulty in getting an interpreter for defense counsel's needed meetings with his client between now and the current trial date, a difficulty that is exacerbated by his client's recent request for a new attorney.

***

Accordingly, it is ORDERED as follows:

(1) Defendant Ublester Cardenas-Portillo's motion for continuance (doc. no. 118) is granted.

(2) Defendant Cardenas-Portillo's jury selection and trial are continued to February 8, 2010, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 23rd day of November, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**